IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN SCOTT | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| NATIONAL TENANT NETWORK | : | NO. 14-5792 |
| | : | |

O R D E R

**AND NOW TO WIT**, this 9th day of January, 2015, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

Jurisdiction is retained to supervise and, if necessary, enforce implementation of settlement agreement or other consensual disposition.

**MICHAEL E. KUNZ,** Clerk of Court

BY/s/ Catherine Luongo
    Catherine Luongo
    Deputy Clerk

Copies to:   GEOFFREY H. BASKERVILLE
gbaskerville@consumerlawfirm.com
MARK D. MAILMAN
mmailman@consumerlawfirm.com
RICHARD J. PERR
rperr@finemanlawfirm.com
JENNIFER TATUM ROOT
jroot@finemanlawfirm.com

(by E-Mail)